## United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NMIP | 9797101 | A. PAQUIN | 353 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 05/06/2023 | 18 USC §§ 1152 & 13 Criminal Trespass |

Place of Offense: Isleta Resort & Casino 11000 Broadway Blvd. ABQ, NM 87105 (Isleta Pueblo)

Offense Description: Factual Basis for Charge   HAZMAT ☐
Defendant arrived & was excluded on 3/17/2016. Defendant was indefinitely excluded & has returned 13 times after

### DEFENDANT INFORMATION
Phone: (505) 400-6240

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Mark | G |

Street Address: 12211 Kinley Ave NE

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Albuquerque | NM | 87112 | 05/13/1975 |

Drivers License No.: 108705166   CDL ☐   D.L. State: NM   Social Security No.: 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

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLD   Eyes: BRO   Height: 5'04"   Weight: 180

VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9797101*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 6, 2023 while exercising my duties as a law enforcement officer in the Pueblo of Isleta District of New Mexico

Officers were dispatched to Isleta Resort & Casino located at 11000 Broadway Blvd. ABQ, NM 87105 (Isleta Pueblo).

Male subject identified as Mark Williams, informed me he was aware of the Banishment but said "It was a long time ago".

Mark acknowledged and advised he understood the reason for the banishment and Federal Citation.

Mark was indefinitely banned from all IGAC properties on 3/17/2016. He arrived 13 times including on May 6, 2023 after being indefinitely excluded.

Mark departed without further incident.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/06/2023   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident